WOFFORD OIL COMPANY OF GEORGIA *v.* TOWN OF MEIGS *et al.*

GILBERT, J.   This is a proceeding to enjoin a municipality from collecting from a vendor of gasoline and petroleum products, under an ordinance, a tax for selling or delivering these products from wagons or trucks, the sole contention being that petitioner makes no sales in the municipality except from its supply depot at Thomasville, and then only upon orders previously telephoned or mailed to its Thomasville agent, and that such deliveries are a mere incident of its business.   The municipality denied the allegation that the deliveries were made upon orders previously taken, and that the same are an incident to the business of petitioner, and asserted that the tax was levied upon the sale of the products mentioned in the town from trucks, without a previous order having been given plaintiff before such sales and deliveries from trucks were made. The ordinance provides a penalty for its violation by fine or imprisonment; but no penal prosecution has been instituted and the petition does not seek injunction against such enforcement.   The entire issue is whether or not the ordinance, as enforced, is contrary to Civil Code (1910), § 868.   No cause is shown for the exercise of equitable jurisdiction.   The court did not err in refusing to grant an interlocutory injunction.           *Judgment affirmed.   All the Justices concur.*

   No. 9989.   APRIL 12, 1934.   REHEARING DENIED MAY 21, 1934.

*O. C. Hancock, Franklin & Langdale,* and *H. C. Eberhardt,* for plaintiff.   *Roy Segler,* for defendants.

CITY OF ALBANY *et al. v.* NATIONAL LINEN SERVICE
CORPORATION.

GILBERT, J.   The allegations of the petition failed to allege facts sufficient to afford extraordinary equitable relief.   At most, the city authorities have "threatened" to enforce the ordinance.   No civil or criminal enforcement proceeding is alleged to have been instituted.   The court erred in overruling the demurrer to the petition. *Georgia Public Service Commission* v. *Parcel Delivery Company,* 177 *Ga.* 600 (170 S. E. 568); *Southern Oil Stores Inc.* v. *City of Atlanta,* 177 *Ga.* 602 (170 S. E. 801); *National Linen Service Corporation* v. *Milledgeville,* 177 *Ga.* 826 (171 S. E. 568); *Howard* v. *Briarcliff Zoological Corporation,* 178 *Ga.* 595 (173 S. E. 391).           *Judgment reversed.   All the Justices concur.*

   No. 9977.   APRIL 12, 1934.   REHEARING DENIED MAY 21, 1934.

*S. B. Lippitt,* for plaintiff in error.
*Leonard Farkas* and *Walter H. Burt,* contra.